# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 22-9504 MJ |
| 1.    Efrain Hidalgo Jr.; and, | |
| 2.    Estevan Munoz. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendants violated 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms, offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: <u>Addison Santomé, AUSA</u>

Digitally signed by ADDISON SANTOME
Date: 2022.12.16 16:36:03 -07'(

ANTHONY GREMAUD
Digitally signed by ANTHONY GREMAUD
Date: 2022.12.16 16:29:01 -07'00'

| | |
|---|---|
| <u>Anthony Gremaud, SA for ATF</u> | |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me
<u>     12/16/2022@5:16pm</u>    at    <u>Phoenix, Arizona</u>

Date                          City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNT**

**COUNT 1**

On or about December 9, 2022, in the District of Arizona, Defendant EFRAIN HIDALGO JR. and ESTEVAN MUNOZ, knowing that they had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate or foreign commerce, to wit:

- one (1) Palmetto State Armory Rifle, Model PA15, .223/5.56 caliber, bearing serial number PA049621, and
- one (1) SAR Arms pistol, model SARB6P, 9mm caliber, bearing serial number T110213G05543

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) / 924(a)(8).

-1-

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Anthony Gremaud, a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and have been since May 6, 2018.  I am graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and a graduate of the ATF National Academy Special Agent Basic Training (SABT) programs in Glynco, Georgia. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, U.S.C. § 2510(7), authorized to conduct investigations into alleged violations of federal law. I have eighteen years total law enforcement experience, serving as a corrections officer, police officer, US Probation Officer, and an ATF Special Agent.

2.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.  Based on the below facts, your Affiant submits there is probable cause that EFRAIN HIDALGO JR. and ESTEBAN MUNOZ committed Felon in Possession of a Firearm in violation of Title 18, United States Code (U.S.C.) § 922(g)1.

## PROBABLE CAUSE

3.      On December 9, 2022, Phoenix Police were conducting surveillance of a known drug house. At approximately 10:25 in the morning, they observed a black Chevrolet Colorado pickup truck pull up to the residence. The driver, EFRAIN HIDALGO JR., and the passenger, ESTEVAN MUNOZ, exited the vehicle and walked to the house. While walking to the house, officers observed HIDALGO in possession of a clear baggie with blue pills and MUNOZ in possession of a handgun tucked into his pants.

4.      After several minutes, they exited the residence and began to drive away. Officers followed them to a nearby apartment complex on 83rd Avenue in Phoenix, Arizona.

5.      Once at the apartment complex, MUNOZ exited and walked away from the vehicle. At this time, mark units arrived on scene and officers contacted HIDALGO and MUNOZ. Officers contacted HIDALGO while he was still sitting in the driver's seat, and they contacted MUNOZ a short distance away from the vehicle.

6.      Officers asked HIDALGO if there was a gun in the vehicle. HIDALGO said there was a gun, but it was not his. He also told officers he was on probation and couldn't possess firearms.

7.      Officers searched the vehicle and found a SAR Arms pistol, model SARB6P, 9mm caliber, bearing serial number T110213G05543 inside of a black duffel back on the passenger side floor. Also in the duffel bag, they found a chase debit card and identification card in the name ESTEVAN MUNOZ.

8.      Additionally, officers found a green duffel bag in the back seat containing a Palmetto State Armory Rifle, Model PA15, .223/5.56 caliber, bearing serial number PA049621.

9.      During a post *Miranda* interview of MUNOZ, he admitted he was a convicted felon and currently on felony probation until 2023. He stated his fingerprints and DNA would be on both weapons but claimed they did not belong to him.

10.     During a post *Miranda* interview of HIDALGO, he admitted he was a convicted felon and currently on probation. He admitted there were firearms in the truck but denied owning them.

11.    The truck is registered to Bertha Mancado, HIDALGO's mother. The address on the vehicle registration is the same address HIDALGO provided to be his current address.

12.    While waiting to be processed at the Phoenix Police Department, an officer overheard HIDALGO tell MUNOZ that he needed to take responsibility for both guns because if one is on him (HIDALGO) the case will go federal.

HIDALGO Criminal History

13.    HIDALGO has been convicted of several felonies, to include Battery, Possession of a Controlled Substance, Identity Theft, Possession of a Firearm.

14.    Most recently, in 2:19-CR-03251 out of the U.S. District of New Mexico, HIDALGO was convicted of Felon in Possession of a Firearm. On January 31, 2020, he was sentenced to 46 months in the Bureau of Prison followed by 3 years of Supervised Release.

15.    On November 25, 2022, HIDALGO was released from the Bureau of Prisons and began his Supervised Release.

16.    Presently, he is being supervised in Arizona by U.S. Probation Officer Xochilt Alvarez.

MUNOZ Criminal History

17.    MUNOZ has been convicted of several felonies out of the Maricopa County Superior Court, to include Possession of Drug Paraphernalia, Unlawful Discharge of a Firearm and Robbery.

18.    Most recently, in CR2017-113937-001, MUNOZ was convicted of Theft of Means of Transportation, Robbery, and Misconduct involving Weapons. On the Theft of Means of Transportation and Misconduct Involving Weapons offenses he received 3 and half years and two and a half years, respectively, to be served concurrently. On the Robbery offense, he was placed on probation after being released from prison. MUNOZ is currently on felony probation for this offense.

Nexus of Firearms

19.    Based on my training and experience, I know that Palmetto State Armory Rifles and SAR Arms Pistols are not manufactured in Arizona. Therefore, both firearms would have travelled interstate to be found in Arizona.

## CONCLUSION

20.    For these reasons, your Affiant submits that there is probable cause to believe EFRAIN HIDALGO JR. and ESTEVAN MUNOZ committed a Felon in Possession of a Firearm in violation of Title 18, United States Code (U.S.C.) § 922(g)1.

21.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ANTHONY
GREMAUD

Digitally signed by ANTHONY
GREMAUD
Date: 2022.12.16 16:30:58 -07'00'

ANTHONY GREMAUD
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this 16 day of December, 2022.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge